**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| JOSEPH WILLIAMS and MARK BESSEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION and the TARGET CORPORATION SENIOR VICE PRESIDENT, PAY & BENEFITS, and JOHN AND JANE DOES 1–10,<br><br>Defendants. | Case No. 0:24-cv-03748-NEB-DJF<br><br>**TARGET CORPORATION'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Defendant Target Corporation ("Target"), by and through its counsel, hereby moves the Court, under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for an Order Dismissing Plaintiffs' First Amended Complaint.[1] This motion is based upon the record in this case as well as Target's Memorandum of Law, the Declaration of Jayna Paquin, the Declaration of Brittani Hahn and the exhibits attached thereto, and the arguments of counsel. A Proposed Order granting this Motion and a Meet and Confer Certificate, are filed herewith.

---

[1] As explained in footnote 2 of Target's memorandum in support of this motion, the other defendants are not proper parties to this lawsuit.

Dated: September 16, 2025        **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Stephanie L. Gutwein*

Stephanie L. Gutwein (*pro hac vice*)
Emily A. Kile-Maxwell (*pro hac vice*)
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (973) 549-7015
Email: stephanie.gutwein@faegredrinker.com
Email: emily.kilemaxwell@faegredrinker.com

Jeffrey P. Justman (MN 0390413)
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7133
Email: jeff.justman@faegredrinker.com

Molly Nelson-Regan (MN 0504466)
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 842-8800
Email: molly.nelson-regan@faegredrinker.com

*Attorneys for defendant Target Corporation*

2